1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **JOHN JOSHUA CRISTOBAL,**                    Case No. 2:17-cv-0190 CMK P

                                    Petitioner,   **ORDER**
13

14                    **v.**

15   **CHARLES W. CALLAHAN,**

16                                   Respondent.

17

         GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive
18
     pleading be filed on or before August 21, 2017.
19

20   Dated:  July 25, 2017

21                                               _____
                                                 **CRAIG M. KELLISON**
22                                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28